Richard D. MICKMAN, Appellee

v.

Elaine MICKMAN, Appellant.

Richard D. Mickman, Appellee

v.

Elaine Mickman, Appellant.

Supreme Court of Pennsylvania.

Argued May 6, 2014.

Decided May 16, 2014.

Rebecca Lynn Bell, Esq., for Elaine Mickman.

William H. Lamb, Esq., James C. Sargent, Jr., Esq., Lamb McErlane, PC, West Chester, Jack A. Rounick, Esq., Norristown, for Richard Mickman.

BEFORE: CASTILLE, C.J., and SAYLOR, EAKIN, BAER, TODD, McCAFFERY and STEVENS, JJ.

*ORDER*

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**

■

COMMONWEALTH of Pennsylvania, Respondent

v.

Kathleen McCULLOUGH, Petitioner.

Supreme Court of Pennsylvania.

May 20, 2014.

*ORDER*

PER CURIAM.

**AND NOW,** this 20th day of May, 2014, the Application to Withdraw as Counsel of Petitioner, Kathleen McCullough, filed by Scott Coffey, Esq. is **GRANTED.** The Supplemental Petition for Allowance of Appeal and the Petition for Allowance of Appeal are **DENIED.**